NE

FILED
JAN 23 2017 AB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

VICENTE GARCIA,
Movant,

Vs. Case No.:1:16-cv-11480

UNITED STATES OF AMERICA,
Respondent.
______________________________/

## MOTION FOR VOLUNTARY DISMISSAL

Movant, Vicente Garcia, pro-se, hereby moves this Court for voluntary dismissal of the above entitled cause, and states the following:

Movant mailed this Court his Motion to Vacate Conviction Under 18 U.S.C. § 2255 on December 14, 2016, which this Court docketed in the above entitled case number on December 19, 2016.

Movant, being pro-se, begs upon this Court's indelgence and understanding and states he mislabeled his Motion. The Motion filed in this Court under the above case number was meant to be his Supplemental Motion that should have been filed in Case No.:16-cv-859. Therefore Movant wishes that the above entitled cause be dismissed at this time.

Movant will be filing a Motion To Take Judicial Notice explaining the aforementioned in Case No.:16-cv-859. Movant will be following his motion To Take Judicial Notice with a properly filed Motion For leave To File Amended Complaint with Amended Complaint attached.

WHEREFORE Movant prays upon this Honorable Court to issue an order voluntarily dismissing the above entitled cause for the foregoing reasons, or other relief this Court deems proper and just.

Date: January 18, 2017

Respectfully Submitted

Vicente Garcia

Vincente Garcia #43509-279
Movant/Pro-se

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY under penalties of perjury pursuant to 28 U.S.C. § 1746 that a true and correct copy of the foregoing was given to prison officials with proper postage affixed for mailing via U.S. Postal Services to the United States Attorney's Office, 219 S. Dearborn Street, Fifth Floor, Chicago, Illinois 60604 on this 17th day of January, 2017.

Vicente Garcia

Vincente Garcia #43509-279
United States Penitentiary
P.O. Box 1000
Leavenworth, Kansas 66048
(913)682-8700
Movant/Pro-se

Vicante Garcia 43509-279
United States Penitentiary
P.O. Box 1000
Leavenworth, KS 66048

KANSAS CITY 640
18 JAN 2017 PM 8 L

USA FIRST-CLASS FOREVER
USA FIRST-CLASS FOREVER

Prisoner Correspondence

⇔43509-279⇔
Usdistrict Court Clerk
219 S Dearborn ST
Chicago, IL 60604
United States

2017 JAN 23 PM 2:04 MT

PC

01/23/2017-51

"Special Mail"

"Special Mail"

60604-180099

P. O. BOX ...
LEAVENWORTH, KANSAS ...

DATE: ____________

The enclosed letter was pro... ...cial mailing procedures for f... ...he letter has been neither opened ... If the writer raises a question or pro... ...ility has jurisdiction, you may ... return ... further information or ...ication ... the writ... correspondence f... forwarding to another address please r... the enclosure to the above ad...